# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASSOUD AZIMIHASHEMI, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST TRANSIT SERVICES, INC., an unknown business entity; FIRST TRANSIT, INC., an unknown business entity; FIRST GROUP AMERICA, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:21-cv-00780-JWH-JDEx<br><br>**PROTECTIVE ORDER** |

FOR GOOD CAUSE SHOWN, the parties' Stipulated Protective Order (Dkt. 36) is entered as an Order of the Court.

DATED: April 11, 2022

_____
JOHN D. EARLY
United States Magistrate Judge