Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Philippe M. J. Gaudard (SBN 331744)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
pgaudard@schneiderwallace.com

*Attorneys for Plaintiffs,*
*on behalf of the putative Class*

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSOUD AZIMIHASHEMI and NICHOLS DUBORD,<br><br>Plaintiffs,<br>vs.<br><br>FIRST TRANSIT SERVICES, INC., an unknown business entity; FIRST TRANSIT, INC., an unknown business entity; FIRST GROUP AMERICA, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:21-cv-00780-JWH-JDE<br><br>*Assigned for All Purposes to the Honorable John W. Holcomb*<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Date filed: February 24, 2021 |

1 | Edwin Aiwazian (SBN 232943)
2 | Arby Aiwazian (SBN 269827)
  | **LAWYERS *for* JUSTICE, PC**
3 | 410 West Arden Avenue, Suite 203
  | Glendale, California 91203
4 | Tel: (818) 265-1020; Fax: (818) 265-1021
  | edwin@calljustice.com
5 | arby@calljustice.com

6
  | *Attorneys for Plaintiffs,*
7 | *on behalf of the putative Class*

8 | David J. Dow (SBN 179407)
  | Kara Cole (SBN 306515)
9 | LITTLER MENDELSON P.C.
  | 501 W. Broadway, Suite 900
10 | San Diego, CA 92101
11 | Tel: (619) 515-1847
   | ddow@littler.com
12 | kcole@littler.com

13
   | *Attorneys for Defendants*

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Massoud Azimihashemi and Dubord Nichols, Jr. (collectively "Plaintiffs") and Defendants First Transit, Inc. ("First Transit") and First Group America ("First Group America") (collectively, "Defendants") by and through their respective attorneys of record, hereby stipulate as follows:

1. Plaintiff filed *Azimihashemi v. First Transit Service, Inc., et al.,* Orange County Superior Court, Case No. 30-2021-01185526-CU-OE-CXC, on February 24, 2021. This was a putative class action. Plaintiff brought wage and hour claims against Defendants on behalf of himself and a putative class of other non-exempt, hourly employees of Defendants.

2. On April 26, 2021, Defendants removed this action to the United States District Court for the Central District of California.

3. On November 7, 2022, Plaintiff filed his Third Amended Complaint notably adding Plaintiff Dubord Nichols, Jr. as a named Plaintiff and putative class representative of the Subclass of non-drivers.

4. Defendants reached a settlement in the related matter entitled *Cuellar v. First Transit, et al.*, Case No. 8:20-cv-01075-JWH-JDE, pending in the United States District Court for the Central District of California. On January 8, 2024, the *Cuellar* court finally approved the *Cuellar* settlement. In light of this final approval and the impact of the *Cuellar* settlement on this case, the Parties have agreed to dismiss Plaintiffs' class allegations.

5. As to Plaintiffs' respective individual claims, Plaintiffs and Defendants have resolved such individual claims and now stipulate and agree to the dismissal of Plaintiffs' individual claims, and each of them, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiffs and Defendants agree they are each to bear their own attorneys' fees and costs with respect to this action.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:**

Based on the foregoing, the Parties request the Court dismiss the above-captioned action in its entirety with prejudice as to Plaintiffs' individual claims, with each Party to bear their own attorneys' fees and costs.

Respectfully Submitted,

Dated: December 20, 2024

*/s/ Philippe M.J. Gaudard*
Carolyn Hunt Cottrell
Ori Edelstein
Philippe M. J. Gaudard
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

Edwin Aiwazian
Arby Aiwazian
**LAWYERS *for* JUSTICE, PC**

*Attorneys for Plaintiffs on behalf of the putative Class*

Dated: December 20, 2024

*/s/ Kara Cole*
David J. Dow
Kara Cole
**LITTLER MENDELSON P.C.**

*Attorneys for Defendants*

**SIGNATORY ATTESTATION**

Pursuant to L.R. 5-4.3.4, I, the e-filing attorney hereby attests that all signatories and on whose behalf this filing is submitted, concur in the content and have authorized the filing.

Dated: December 20, 2024         */s/ Philippe M.J. Gaudard*
                                  Philippe M. J. Gaudard